[No. 12308–4–I.   Division One.   April 8, 1985.]

ALBERT M. MARK, *Appellant,* v. GERRY R. GIBSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 78–2–02558–5, Daniel T. Kershner, J.,
entered September 2, 1982. *Affirmed* by unpublished opin-
ion per Coleman, J., concurred in by Scholfield, A.C.J., and
Ringold, J.

[No. 14031–1–I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
LEE COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–02123–1, Frank L. Sullivan, J., entered
November 23, 1983. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Corbett, C.J., and Swanson, J.

[No. 12081–6–I.   Division One.   April 8, 1985.]

JOSEPH LAGANA, *Plaintiff,* v. KEITH W. WIGGINS,
ET AL, *Defendants,* B. P. MOBILES, INC.,
ET AL, *Appellants,* THE CITY OF
AUBURN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–02984–0, David W. Soukup, J., entered
July 19, 1982. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Swanson, J., and Henry, J. Pro
Tem.